

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00493-CR and 04-15-00494-CR

La Quint **SULLIVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7177 and 2015CR2233
Honorable Steve Hilbig, Judge Presiding

## O R D E R

The court has examined the record in related Appeal Nos. 04-15-00493-CR and 04-15-00494-CR and finds that, in the interest of efficient administration, the two cases should be consolidated for purposes of appeal. Accordingly, it is ORDERED that Appeal Nos. 04-15-00493-CR and 04-15-00494-CR are CONSOLIDATED. The parties shall file motions, briefs and any other pleadings as if the two causes were one case, but with both cause numbers designated on the cover. The court may dispose of both causes with the same order, opinion and mandate.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court